UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Crim. No. 6:10-cr-00046-GFVT-HAI |
| v. | ) ) | |
| RONALD DUGGER, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the Amended Recommended Disposition as to Reported Violations of Supervised Release filed by United States Magistrate Judge Hanly A. Ingram. [R. 143.] The recommendation instructed the parties to file any specific written objections within fourteen (14) days after being served with the decision, or else waive the right to further review. *Id.* at 8. The Defendant has not objected and the time to do so has passed. The Defendant has filed a waiver of his right of allocution. [R. 144.]

Upon review, the Court is satisfied that Defendant Dugger knowingly and competently stipulated to the charged violations and that an adequate factual basis supports the stipulation as to each essential element of the violations charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Amended Recommended Disposition **[R. 143]** is **ADOPTED** as and for the Opinion of the Court;

2. The previous Recommended Disposition **[R. 142]** is **OVERRULED** as moot;

3. Defendant Dugger is **ADJUDGED** guilty of all three Violations;

4. The Defendant's supervisory period is **REVOKED** with a term of incarceration of **twelve (12) months and one (1) day**; and

5. Following his term of imprisonment, Defendant Dugger **SHALL** be placed back on supervised release for **two (2) years**, subject to all of the conditions contained in Defendant's prior revocation judgment (D.E. 135).

This the 7th day of August, 2024.

Gregory F. Van Tatenhove
United States District Judge